IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES PAUL PUGH, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV656 |
| | ) | |
| LOUISVILLE LADDER, INC., | ) | |
| formerly known as Louisville Ladder | ) | |
| Group, LLC, and HOME DEPOT | ) | |
| U.S.A., INC., | ) | |
| | ) | |
| Defendants. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 18, 2008, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant Home Depot's Motion for Summary Judgment [Pleading No. 35] be **GRANTED**.

_____
United States District Judge

Date: February 25, 2008