# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

JAMES PAUL PUGH III            *AMENDED JUDGMENT IN A CIVIL CASE

    V.                                            CASE NUMBER: 1:06V656

LOUISVILLE LADDER, INC.

X     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff James Paul Pugh, III have and recover from Defendant Louisville Ladder, Inc., actual damages in the amount of $218,020.32.

***IT IS FURTHER ORDERED AND ADJUDGED** that prejudgment interest be entered in the amount of $39,231.71.

**IT IS FURTHER ORDERED AND ADJUDGED** that the prevailing party be awarded costs in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure, and therefore that costs be taxed against Defendant Louisville Ladder, Inc.

This the 30th day of September, 2008.

                                                        _/s/ signature_
                                                        United States District Judge